IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Robert Elliott Trucking, Inc., ) | |
| ) | C.A. No. 9:11-CV-00753-RMG |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | |
| Caterpillar Inc., ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above-styled matter hereby stipulate and agree to dismiss this case, <u>with prejudice</u>, and agree that all matters, claims and things contained herein are <u>res</u> <u>judicata</u> between the parties and their heirs, successors and assigns.


_s/ A. Gibson Solomons, III_____          _s/ W. Francis Marion, Jr._____
Algernon Gibson Solomons, III                 W. Francis Marion, Jr.
Speights & Runyan                             Haynsworth Sinkler Boyd, P.A.
P. O. Box 685                                 P. O. Box 2048
Hampton, SC 29924                             Greenville, SC 29602

*Attorneys for Plaintiff*                     *Attorneys for Defendant*